UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

In re  Jennifer C. Derfeld            )
2817 McClay Valley Blvd              )   Case No. 16 - 43987 - \_\_\_\_
St. Peters MO 63376                  )   Chapter 7
       Debtor.                        )

**Notice of Corrected or Undeliverable Address**

Pursuant to L.R. 9060 D., the undersigned has attempted to make service on the following entity and after reasonable efforts to identify a corrected address reports:

_X_   The address below is undeliverable:
      Name:         PNC Bank   Attn: Bankruptcy Dept
      Address:      P.O. Box 489909
      City/State:   Charlotte, NC
      Zip:          28269

_X_   The corrected address for the entity identified above is:
      Name:         PNC Bank   Attn: Bankruptcy Dept
      Address:      6750 Miller Rd
      City/State:   Breckville, OH
      Zip:          44141

\_\_\_\_  Despite a reasonable effort in accordance with L.R. 9060 D., the undersigned has not been able to locate a correct address for the entity identified above.

The undersigned hereby certifies that this form is not being submitted for the purpose of updating an address that was accurate at the time the petition was filed in this case or that has previously been updated in this case.

Dated: 6/24/16

Jennifer Derfeld
Signature of Debtor (Pro Se)
(See L.R. 9011)

**RECEIVED & FILED**

**JUN 2 8 2016**

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

(L.F. 25 Rev. 06/08)